OPINION — AG — ** STATE'S COMMUNICATION SYSTEM — STUDY ** THE EXPENDITURE OF MONIES FROM FUNDS APPROPRIATED BY THE LEGISLATURE TO CERTAIN AGENCIES SHARING IN THE COST OF A CONTRACT FOR STUDY OF THE STATE COMMUNICATIONS SYSTEM DOES 'NOT' CONSTITUTE A CONTRAVENTION OF ARTICLE X, SECTION 19
OKLAHOMA CONSTITUTION. (MONEY FOR ONE PURPOSE, DIVERTED TO OTHER PURPOSES, CONSULTING, INTER AGENCY AGREEMENT) CITE: ARTICLE V, SECTION 55, ARTICLE X, SECTION 19 (TODD MARKUM)